# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENDALL ROSSI,** | : | |
| Petitioner | : | |
| | : | No. 1:23-cv-00845 |
| v. | : | |
| | : | (Judge Kane) |
| **WARDEN BARRAZA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 21st day of August 2023, upon consideration of Petitioner Kendall Rossi ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 1), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane  
Yvette Kane, District Judge  
United States District Court  
Middle District of Pennsylvania
